James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NANCY HARDING and JEFFREY HARDING, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JACOBY & MEYERS, LLP, FINKELSTEIN & PARTNERS, LLP, TOTAL TRIAL SOLUTIONS, LLC, ANDREW FINKELSTEIN and KENNETH OLIVER,<br><br>Defendants. | Civil Action No. 14-5419(FSH)(JBC)<br><br><br><br><br>__NOTICE OF MOTION__ |

To:     Joseph Santoli
        LAW OFFICES OF JOSEPH SANTOLI
        340 Devon Court
        Ridgewood, New Jersey 07450

        Lee Squitieri
        SQUITIERI & FEARON, LLP
        32 East 57th Street, 12th Floor
        New York, New York 10022

COUNSEL:

        PLEASE TAKE NOTICE that on Monday, November 17, 2014, at 10 a.m. or as soon

thereafter as counsel may be heard, the undersigned counsel for Defendants shall move before

Hon. Faith S. Hochberg at the Martin Luther King Federal Building, 50 Walnut Street, Newark,

New Jersey for an Order pursuant to Fed.R.Civ.P. 12(b)(6) dismissing Plaintiffs' Complaint with

prejudice.

The undersigned intends to rely upon the annexed Brief and Declaration of James E.

Cecchi.

The undersigned hereby requests oral argument.

CARELLA, BYRNE, CECCHI
OLSTEIN, BRODY & AGNELLO
Attorneys for Defendants


By:____/s/ James E. Cecchi_____
JAMES E. CECCHI

Dated: October 23, 2014