UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NANCY HARDING and JEFFREY HARDING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JACOBY & MEYERS, LLP, FINKELSTEIN & PARTNERS, LLP, TOTAL TRIAL SOLUTIONS, LLC, ANDREW FINKELSTEIN, and KENNETH OLIVER<br><br>Defendants. | Civil Action No.: 14-5419 (FSH)(JBC)<br><br>**STIPULATION AND [PROPOSED] ORDER THEREON** |

Plaintiffs Nancy Harding and Jeffrey Harding ("Plaintiffs") and all named Defendants, stipulate, subject to the approval of the Court, as follows:

WHEREAS, Plaintiffs' papers in opposition to Defendants' Motion to Dismiss the Class Action Complaint are currently due no later than November 17, 2014, and Defendants' reply papers are due no later than November 24, 2014,

WHEREAS, Counsel for Plaintiffs have experienced immediate and unexpected demands from other cases,

WHEREAS, this case is of considerable legal and factual complexity and requires extensive and detailed briefing, and

WHEREAS, the parties wish to cooperate on scheduling,

NOW THEREFORE, the parties agree, subject to the Court's approval:

1. Plaintiffs shall have until November 24, 2014 to file their opposition papers in response to Defendants' Motion to Dismiss.

2. Defendants shall have until December 8, 2014 to file any reply papers in response thereto.

3. The Motion to Dismiss shall be returnable on December 15, 2014.

Dated: November 17, 2014

Respectfully submitted,

SQUITIERI & FEARON LLP

By: s/Olimpio Lee Squitieri
    Olimpio Lee Squitieri
32 East 57th Street
12th Floor
New York, New York 10022
Telephone: (212) 421-6492
Facsimile: (212) 421-6553

-and-

LAW OFFICES OF JOSEPH SANTOLI
340 Devon Court
Ridgewood, New Jersey 07450
Telephone: (201) 926-9200

Counsel for Plaintiffs

By:s/Lindsey H. Taylor
    Lindsey H. Taylor
James E. Cecchi
CARELLA, BYRNE, CECCHI,
OLSTEIN, BROADY & AGNELLO P.C.
5 Becher Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700

Counsel for Defendants