UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NANCY HARDING and JEFFREY HARDING, on behalf of themselves and all others similarly situated,<br><br>                Plaintiff,<br>v.<br><br>JACOBY & MEYERS, LLP, FINKELSTEIN & PARTNERS, LLP, TOTAL TRIAL SOLUTIONS, LLC, ANDREW FINKELSTEIN and KENNETH OLIVER,<br><br>                Defendants. | Civil Action No. 14-5419(JMV)(MF) |
| BARBARA J. SMALLS, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br>v.<br><br>JACOBY & MEYERS, LLP, TOTAL TRIAL SOLUTIONS, LLC, and ANDREW FINKELSTEIN,<br><br>                Defendants. | Civil Action No.: 15-6559(JMV)(MF)<br><br><br><br>**STIPULATION OF DISMISSAL** |

THIS MATTER having been amicably resolved by and among Plaintiffs Estate of Nancy Harding and Estate of Jeffrey Harding (together the "Harding Plaintiffs") and Defendants, the claims of the Harding Plaintiffs are hereby dismissed with prejudice and without costs to either party.

**SQUITIERI & FEARON, LLP**
Attorneys for Plaintiffs

By:   */s/ Olimpio Lee Squitieri*
       OLIMPIO LEE SQUITIERI

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
Attorneys for Defendants

By:   */s/ Lindsey H. Taylor*
       LINDSEY H. TAYLOR

SO ORDERED this  8th  day of February, 2023

_____
JOHN MICHAEL VAZQUEZ, U.S.D.J.